BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
JEAN M. TURK, CSB NO.131517
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8935
    Facsimile: (415) 744-0134
    E-Mail: jean.turk@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| MARIA VALLES,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:13-CV-01226 SMS<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from May 28, 2014, to June 11, 2014 – a two week extension. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because Plaintiff's request for an extension in this matter (Docket No. 12), and extensions in several other cases have caused a back log in defense counsel's cases and an inability to meet the new demands. As such, defense counsel respectively seeks an additional two weeks to submit Defendant's responsive brief.

Stip. & Prop. Order for Ext.; 1:13-CV-01226 SMS       1

1 | The parties further stipulate that the Court's Scheduling Order shall be modified
2 | accordingly.
3 | Counsel apologizes to the Court for any inconvenience caused by this delay.

Dated:  May 13, 2014

Respectfully submitted,
/s    Young Cho
(As authorized via email on May 9, 2014)
Young Cho
Attorney for Plaintiff

Dated:  May 13, 2014

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/  Jean M. Turk
JEAN M. TURK
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  5/13/2014                    /s/ SANDRA M. SNYDER
                                     UNITED STATES MAGISTRATE JUDGE